UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KAREN SUSAN ENGEL

    Plaintiff,                                     Case No. 1:12-cv-64

   vs.                                           Spiegel, J.
                                                 Bowman, M.J.

BURLINGTON COAT FACTORY, et al.,

    Defendants.

## REPORT AND RECOMMENDATION

On January 24, 2012, Plaintiff, proceeding *pro se*, initiated this age discrimination suit against Burlington Coat Factory and Burlington Coat Factory of Ohio, LLC. On July 20, 2012, Plaintiff moved to voluntarily dismiss her lawsuit, without prejudice. (Doc. 13). Defendant has filed a response indicating that it has no objection to dismissal without prejudice. (Doc. 14). Accordingly, **IT IS RECOMMENDED THAT** Plaintiff's motion to voluntarily dismiss her lawsuit without prejudice (Doc. 13) be **GRANTED,** that her pending motion to bifurcate her claims (Doc. 12) be **DENIED AS MOOT**, and that this case be closed.

                                                         *s/Stephanie K. Bowman*
                                                         Stephanie K. Bowman
                                                         United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KAREN SUSAN ENGEL

    Plaintiff,

vs.

BURLINGTON COAT FACTORY, et al.,

    Defendants.

Case No. 1:12-cv-64

Spiegel, J.
Bowman, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).