UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KAREN SUSAN ENGEL,

    Plaintiff,

    v.

BURLINGTON COAT FACTORY, et al.,

    Defendants.

NO. 1:12-CV-0064

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 15), to which no objections were filed. In her Report and Recommendation, the Magistrate Judge recommends that Plaintiff's motion to voluntarily dismiss her lawsuit without prejudice be granted.

Having reviewed this matter pursuant to 28 U.S.C. §636(b), the Court agrees with the Magistrate Judge's assessment and adopts and affirms the report in its entirety. Accordingly, Plaintiff's motion to dismiss her lawsuit without prejudice (doc. 13) is GRANTED; her pending motion to bifurcate her claims is DENIED AS MOOT (doc. 12); and this matter is CLOSED.

SO ORDERED.

Dated: 7/23/12

S. Arthur Spiegel
United States Senior District Judge

-1-